IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ALLEN KELSO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2-22-CV-028-Z |
| | § | |
| WEST TEXAS INSURANCE AGENCY, | § | |
| | § | |
| Defendant. | § | |

**NOTICE**

Before the Court is parties' Joint Stipulation of Dismissal ("Stipulation") (ECF No. 11), filed on May 13, 2022. The document is a "stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). "Except in special circumstances . . . a voluntary order of dismissal requested by both parties is effective upon filing and does not require the approval of the court." *Ramming v. Nat. Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004). Thus, an order of this Court "approving the dismissal is of no consequence." *Meinecke v. H & R Block of Hous.*, 66 F.3d 77, 82 (5th Cir. 1995); *see also Nat'l City Golf Fin. v. Scott*, 899 F.3d 412, 415–16 (5th Cir. 2018) ("A stipulation of dismissal . . . strips the district court of subject-matter jurisdiction."). Therefore, the Court **DIRECTS** the United States District Clerk to close the case. The Stipulation moots the pending Motion to Dismiss (ECF No. 6).

The Court issues notice accordingly.

May 17, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE